UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELE VIGIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:14-cv-2166 |
| | ) Judge Aleta A. Trauger |
| | ) |
| SERVICESOURCE DELAWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment filed by the defendant, ServiceSource Delaware, Inc. (Docket No. 28), is hereby **GRANTED**.

This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

Enter this 30th day of December 2016.

_____
ALETA A. TRAUGER
United States District Judge