## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE


Michele Vigil

                        Plaintiff,

v.                                              Case No.: 3:14−cv−02166


Service Source Delaware, Inc.

                        Defendant,

## <u>ENTRY OF JUDGMENT</u>


        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on 1/3/2017 re [40].


                                        Keith Throckmorton, Clerk
                                        <u>s/ Alia D. Morgan, Deputy Clerk</u>